IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON HOPE,<br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>OTIS ELEVATOR COMPANY, OHANA HOTELS-RESORTS, OUTRIGGER HOTELS-RESORTS,<br>　　　　　　Defendants. | NO. CV S-04-2223 GEB CMK<br><br>ORDER |

　　　　The Declaration of Stewart C. Altemus, filed on April 28, 2005, as an attachment to the Memorandum of Points and Authorities in Opposition to Outrigger Hotels-Resorts' Motion to Dismiss, is stricken because it did not include "copies of . . . search results that [Altemus] obtained."

　　　　IT IS SO ORDERED.

Dated:  May 12, 2005

　　　　　　　　　　　　　　　　　　/s/ Garland E. Burrell, Jr.
　　　　　　　　　　　　　　　　　　GARLAND E. BURRELL, JR.
　　　　　　　　　　　　　　　　　　United States District Judge

1