```
                IN THE UNITED STATES DISTRICT COURT

               FOR THE EASTERN DISTRICT OF CALIFORNIA


SHARON HOPE,                        )   NO. CV S-04-2223 GEB CMK
                Plaintiff,          )
                                    )   ORDER
          v.                        )
                                    )
OTIS ELEVATOR COMPANY, OHANA        )
HOTELS-RESORTS, OUTRIGGER HOTELS-   )
RESORTS,                            )
                Defendants.         )
                                    )
```

In light of the nature of Outrigger Hotels-Resorts's objection to the Status (Pretrial Scheduling) Order filed April 13, 2005, the Order is vacated. A status conference is scheduled for July 11, 2005, at 9:00 a.m. A joint status report shall be filed no later than June 27, 2005.[1]

IT IS SO ORDERED.

Dated: May 13, 2005

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge

---

[1] The failure of one or more of the parties to participate in the preparation of the joint status report does not excuse the other parties from their obligation to timely file a status report in accordance with this Order. In the event a party fails to participate as ordered, the party timely submitting the status report shall include a declaration explaining why it was unable to obtain the cooperation of the other party or parties.