```
                    IN THE UNITED STATES DISTRICT COURT

                  FOR THE EASTERN DISTRICT OF CALIFORNIA


SHARON HOPE,                      )
                                  )   2:04-cv-2223-GEB-CMK
               Plaintiff,         )
                                  )
     v.                           )   ORDER*
                                  )
OTIS ELEVATOR COMPANY, OHANA      )
HOTELS-RESORTS, OUTRIGGER         )
HOTELS-RESORTS, DOVER ELEVATOR    )
COMPANY,                          )
                                  )
               Defendants.        )
                                  )
```

Plaintiff moves for leave to substitute Thyssenkrupp Elevator Corporation in the place of Doe Defendant number 2 pursuant to Federal Rule of Civil Procedure 25(c), declaring Thyssenkrupp Elevator Corporation purchased Dover Elevator Company.[1]  (Altemus Decl. ¶ 4.)  No opposition to the motion has been filed.  L.R. 78-230(c).  Plaintiff has twenty-one days leave from the date on which

---

    *   This matter was determined to be suitable for decision without oral argument.  L.R. 78-230(h).

    [1]  All Doe Defendants have previously been dismissed; therefore, the Court construes this as a motion to amend the Complaint.

1

this Order is filed to file and serve a second amended complaint that effects the requested substitution under Rule 25(c).

IT IS SO ORDERED.

Dated:  September 13, 2006

<pre>
                              /s/ Garland E. Burrell, Jr.
                              GARLAND E. BURRELL, JR.
                              United States District Judge
</pre>