IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON HOPE, <br>         Plaintiff, <br>    v. <br> OTIS ELEVATOR COMPANY; <br> OHANA HOTELS-RESORTS; <br> and OUTRIGGER-HOTELS RESORTS, <br>         Defendants. | 2:04-cv-2223-GEB-CMK <br><br> <u>ORDER</u> |

On December 22, 2006, the parties filed a "Stipulation for Modification of Pre-Trial Order" ("Stipulation") in which they seek two amendments to the Final Pretrial Order ("FPO"), issued on November 28, 2006. In accordance with the parties' Stipulation, the FPO is amended as follows:

    1. Defendant Otis Elevator Company's Witness list is modified to add Chuck Bigler, previously disclosed by Otis. The proposed amended witness list is attached hereto as Exhibit "A."

/////

/////

/////

1

1         2.  Footnote #2 in section III.B of the FPO is modified to read as follows: Plaintiff argues that the doctrines of res ipsa loquitur and common carrier liability apply."

4         IT IS SO ORDERED.

Dated:  December 28, 2006

                                        GARLAND E. BURRELL, JR.
                                        United States District Judge